746 A.2d 1117

**Carol D. WEISHORN and Scott Weishorn, her husband, Appellants,**

**v.**

**MILES–CUTTER and/or Miles, Inc., a corporation, Appellee.**

Supreme Court of Pennsylvania.

Argued March 7, 2000.

Decided March 23, 2000.

Irving M. Portnoy, Renee E. Solomon, Pittsburgh, for Carol and Scott Weishorn.

Edward S. Schmidt, John D. Goetz, Pittsburgh, for Miles–Cutter.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *O R D E R*

PER CURIAM:

Based on its opinion, the Order of the Superior Court is affirmed.